UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION, INC., | ) | Hon. Brian T. Fenimore |
| | ) | |
| Debtor. | ) | Small Business Chapter 11 proceedings |
| | ) | |

**ORDER AUTHORIZING SALE OF ALL INTERESTS IN THE YACHT CLUB CONDOMINIUMS FREE AND CLEAR OF ALL INTERESTS, PURSUANT TO 11 U.S.C. § 363, APPROVING BIDDING PROCEDURES, AND AUTHORIZING STALKING HORSE CONTRACT AND BREAK-UP FEE**

Came for hearing the Debtor's Motion for Order Authorizing Sale of All Interests, Pursuant to 11 U.S.C. § 363, Approving Bidding Procedures, and Authorizing Stalking Horse Contract and Break-Up Fee (the "Motion"), based on the record in this case, for cause shown, and without objection, the Motion is GRANTED in that:

1. The Debtor is authorized to sell the Assets at auction, including the Condominiums, that are estate identified in the Motion (the "Assets") pursuant Sections 363(b), (f) and (h) of the Bankruptcy Code (the "Sale) free and clear of all interests, with all such interests attaching to the sale proceeds, including all timeshare interests;

2. The Assets sale and bidding procedures (the "Bid Procedures") are hereby approved, including instructions to bidders, informational forms, and form APA, which are attached to the Motion as Exhibit C;

3. The Debtor is authorized to execute the Stalking Horse APA, which is attached to the Motion as Exhibit B; and

4.      The $33,000.00 expense reimbursement or break-up fee for General Management VII, LLC as the Stalking Horse Purchaser to compensate the Stalking Horse Purchaser for fees and costs it incurred in connection with conducting due diligence, negotiating and executing the Stalking Horse APA, and other activities, if the Purchaser is not the successful bidder, is hereby approved.

Dated:  2/25/2021                              /s/ Brian T. Fenimore_____
                                               Honorable Brian T. Fenimore
            `                                  United States Bankruptcy Judge


Daniel Doyle to serve


*Order prepared & submitted by:*

/s/ Daniel Doyle_____
Daniel D. Doyle
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939 (Telephone)
ddoyle@lashlybaer.com
*Attorneys for Debtor*