UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION, INC., | ) | Hon. Brian T. Fenimore |
| | ) | |
| Debtor. | ) | Small Business Chapter 11 proceedings |

**ORDER CONFIRMING OF DEBTOR'S SECOND REVISED
PLAN OF LIQUIDATION DATED NOVEMBER 23, 2020**

The plan under subchapter V or chapter 11 of the Bankruptcy Code filed by the debtor Yacht Club Vacation Owners Association, Inc., on November 23, 2020, as modified by the Second Revised Plan of Liquidation filed April 5, 2021, (the Plan") with notice to all creditors and parties in interest being adequate under the circumstances; and

It has been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied; IT IS ORDERED that:

1. The Plan, as modified below, is confirmed.

2. The Plan is hereby modified in that:

   a. The first paragraph of Plan Section III shall be replaced with: "The Plan proposes (A) to obtain Bankruptcy Court authority to market and sell the Facility as a condominium complex; (B) to pay the costs of the sale from the condominium sale proceeds; (C) to surcharge the proceeds to pay administrative claims, including the Debtor in Possession ("DIP") Loan, and Class 3 Unsecured Claims to the extent sale proceeds allocable to the

1

Debtor are insufficient to do so; and (D) to distribute the remaining balance pro rata to VOI Owners (defined below)."

b.  Plan Section VII.I shall be replaced with: "**I. Debtor's Sale Proceeds and Cash on Hand.** Net Sale Proceeds allocable to Debtor's VOIs, including setoff proceeds, shall be transferred to the Trustee to pay administrative expenses and Class 3 Claims, then to pay Allocations to Active Owners and Delinquent Owners (subject to setoff). All other sale proceeds shall be paid to the Trustee on the Sale Date.

c.  The Trustee shall be compensated from Net Sale Proceeds, subject to Bankruptcy Court approval. And

d.  Substantial consummation in this case will not occur until the Trustee in the case makes the plan disbursements to creditors, as such disbursements will be the first disbursements to creditors under the plan after the effective date. Accordingly, the Debtor shall file and serve the notice set forth in Section 1183(c)(2), fourteen days after the Trustee's disbursement to creditors under the Plan.

IT IS SO ORDERED

Dated: 4/14/2021

/s/ Brian T. Fenimore  
Honorable Brian T. Fenimore  
United States Bankruptcy Judge

*Order prepared by:*

Daniel D. Doyle
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101
Attorneys for Debtor
*Approved as to form*:

  /s/ Adam Miller
Adam Miller, Trial Attorney
Office of the United States Trustee

  /s/ Norman Rouse
Norman Rouse
Subchapter V Trustee


  /s/ Scott Greenberg
Scott Greenberg
Sandberg Phoenix
Attorneys for Heckman Investments

  /s/ Larissa M. Whittingham
Larissa M. Whittingham
Husch Blackwell
Attorneys for Stonebridge POA