UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS ) | |
| ASSOCIATION, INC., ) | Hon. Brian T. Fenimore |
| ) | |
| Debtor. ) | Small Business Chapter 11 proceedings |

### ORDER APPROVING SALE OF THE YACHT CLUB CONDOMINIUMS PURSUANT TO 11 U.S.C. §§ 363(b)(1), 363(f), AND 363(h)

This matter came before the Court upon the Motion for Order Approving Sale Pursuant to 11 U.S.C. §§ 363(b)(1), 363(f), and 363(h) [Doc. 135] of the Yacht Club Condominiums (the "Sale Approval Motion") filed by Yacht Club Vacation Owners Association, Inc., debtor and debtor in possession, (the "Debtor" or "Association") free and clear of liens, claims, encumbrances and other interests. The Sale Motion seeks approval of the proposed sale to the successful high bidder at AN auction held April 21, 2021 (the "Auction").

The Court on February 24, 2021, entered its Order Authorizing the Sale of All Interests in the Yacht Club Condominiums Free and Clear of All Interests Pursuant to 11 U.S.C. § 363, Approving Bidding Procedures, and Authorizing Stalking Horse Contract and Break-Up Fee [Doc. 110] (the "Sale Order").

Default judgment was entered against all deeded timeshare owners of the Yacht Club Condominiums (the "Property") on April 23, 2021, to permit the sale of all deeded timeshare interests in the Property pursuant to 11 U.S.C. § 363(f) (the "Judgment"). The entry of the Judgment concluded an adversary proceeding brought by the Debtor pursuant to 11 U.S.C. § 363(h) for authority to sell Debtor's interests and all other deeded timeshare interests in the Property and for obtain related relief. The action was styled *Yacht Club Vacation Owners Association, Inc. v.*

1

*Aabano, et al.*, Adv. No. 20-03020-btf (Bankr. W.D. Mo.), (the "Adversary Proceeding") in which this Court entered its Amended Default Order [Doc. 43] granting the Debtor authority to sell the Property free and clear of all interests, which were to attach to the sale proceeds pursuant to Section 363(f).

The Court on April 14, 2021, entered its Order [Doc. 131] ("Confirmation Order") confirming the Debtor's Second Revised Plan of Liquidation Dated November 23, 2020 [Doc. 129] (the "Plan") after acceptance of the Plan by creditors. The Plan requires the sale of the Property and distribution of sale proceeds on account of creditor claims and timeshare interests.

The Debtor certified it timely served on all creditors and parties in interest, including all timeshare owners at their last known addresses on file with the Association, with the (A) Sale Order and related motion and notice; (B) the Plan, confirmation Order, and Order setting objection deadline and confirmation hearing; and (C) the Sale Approval Motion. The Debtor served the Adversary Proceeding complaint and summons and the Amended Default Judgment on all timeshare owner defendants at their last known addresses shown in Association's records. In addition, the Debtor caused notices to be published in the national edition of The Wall Street Journal, in the Branson Tri-Lakes News, and in Timesharing Today of the filing of the Adversary Proceeding. Notice of the confirmation hearing and objection deadline was published in The Wall Street Journal and in the Branson Tri-Lakes News [Doc. 125].

Pursuant to the Sale Order, the Property was marketed by Fisher Auction Company and was auctioned on April 21, 2021 (the "Auction"). The highest qualified bidder at the Auction was Little Indian Resort, LLC (registered and bidding as Rent R House, LLC) ("Buyer") which bid $1,175,000.00 for the Property ("Purchase Price") for a Total Purchase Price of $1,257,250.00 with the 7% Buyer's Premium ("Total Purchase Price").

After careful review of the Motion and the record in this case, the Motion is GRANTED in that:

1. Pursuant to the Sale Order, the Judgment, and Section 363(f) of the Bankruptcy Code, the Debtor is authorized shall sell the Property for the Total Purchase Price under the terms of the asset purchase agreement (attached as Exhibit B to the Sale Approval Motion) free and clear of any and all interests, including deeded interests of timeshare owners, with all such interests attaching to the proceeds of the Sale. The Buyer, Little Indian Resort, LLC, shall receive clear and marketable title to the Property at closing as provided by the Sale Order, Judgment and the Bankruptcy Code.

2. If the Buyer fails to close the Sale, the Debtor shall sell the Property free and clear of any interests, including deeded interests of timeshare owners, with any and all such interests attaching to the proceeds of the Sale to General Management VII, LLC, for its stalking horse bid of $1.1 million (plus the 7% Buyer's Premium). The back-up buyer shall receive clear and marketable title to the Property at closing as provided by the Sale Order, Judgment and the Bankruptcy Code.

3. The buyer shall be deemed a good faith purchaser and shall be entitled to the protections of 11 U.S.C. § 363(m).

4. The buyer shall not be deemed the Debtor's successor in interest to the Property or in any way liable for claims, debts, demands, or interests of the Debtor's creditors or timeshare interests. And

5. The Sale shall be exempt from transfer taxes pursuant to 11 U.S.C. § 1146(a).

SO ORDERED:

Dated: 5/28/2021                /s/ Brian T. Fenimore
                                Honorable Brian T. Fenimore
                                United States Bankruptcy Judge

*Order prepared and submitted by:*

/s/ Daniel D. Doyle
Daniel D. Doyle
Lashly & Baer P.C.
714 Locust Street
St. Louis MO 63101
(314) 621-2939
ddoyle@lashlybaer.com