UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS ) | |
| ASSOCIATION, INC., ) | Chapter 11 (Sub V) proceedings |
| ) | Hon. Brian T. Fenimore |
| Debtor. ) | |

# NOTICE OF SUBSTANTIAL CONSUMMATION OF PLAN

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on or about December 7, 2022, the Subchapter V trustee completed payments on unsecured claims under the confirmed Plan, which is substantially consummated pursuant to 11 U.S.C. § 1101. The trustee will disburse remaining funds to holders of vacation interests in accordance with the Plan before the estate may be fully administered.

                                               */s/ Daniel D. Doyle*
                                               Daniel D. Doyle          36724MO
                                               LASHLY & BAER, P.C.
                                               714 Locust Street
                                               St. Louis, MO  63101
                                               (314) 621-2939 (Telephone)
                                               (314) 621-6844 (Facsimile)
                                               ddoyle@lashlybaer.com

                                               *Counsel for Debtor*

Certificate of Service

The undersigned certifies that on the 12th day of December 2022, a true and correct copy of the following was sent by U.S. Mail, postage prepaid, to those on the attached matrix.

                                               */s/ Daniel D. Doyle*

Advanced Cabling Systems LLC
Attn: Erika Brown
3190 S. Vaughn Way
Aurora, CO 80014

Cintas FAS Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263

Heckman Investments, Inc.
611 Rock Ln.
Branson, MO 65616

StoneBridge Village POA
1600 Ledgestone Way
Reeds Spring, MO 65737

White River Valley Electric Co.
2449 State Hwy. 76
Branson, MO 65616

Vacation Weeks
One Vance Gap Road
Asheville, NC 28805

Willie Marlar
1207 Upland Ave.
Greenville, TN 37743-6641

Roger Wildermuth
4305 Bandice Lane
Pflugerville, TX 78660

Denville Dyson
P.O. Box 1774
Tioga, LA 71477

Robert Daniel Westfall
1229 Verdun Dr.
Baton Rouge, LA 70810

Benjamin Ell
2436 Eagle Forest Drive
St. Charles, MO 63303

Lois Tice
9720 E. State Hwy. DD
Strafford, MO  65757

Lowell Raschke
c/o Lynne Raschke
4710 W. 7th Street
Duluth, MN  55807

Scott Coleman
840 Curl Road
East Dublin, GA  31027

Kenneth Robertson
25 5th Ln.
Shell Knob, MO  65747-7227

Marlena Pfeifer
217 West St.
Phillips, NE  68865-2510

Robert Harrell
2421 S. Catalina Ave.
Springfield, MO  65804

Kenneth Tongue
1806 Independence Dr.
Plattsburg, MO  64477

Timothy Amoroso
750 Roosevelt Trail
Naples, ME  04055-5339

Joseph Perry
3732 Grandoaks Drive
Benton, AR  72019-2065

Troy Thurber
12299 Memory Lane
Bentonville, AR  72712

James Johnston
34 Hurricane Ln.
Atkins, AR  72823

Richard McCullum
3700 Panorama Dr.
Hutchinson, KS  67502

Marylou Foster
10245 S. Horners Chapel Rd.
Fredericksburg, IN  47120-8941

Campbell Collins
1227 SW Town & Country Rd.
Plattsburg, MO  64477

Stephen Atkinson
12287 County RD 4040
Holts Summit, MO  65043

Andrew Willie
1824 Deer Crossing Drive
Marysville, OH  43040

Buffy King
4192 Highway 191
Mansfield, LA  71052-6149

Lawrence Soloy
19719 S. Cable Rd.
Belton, MO  64012

Stephen Jones
1935 Frederick Lane
League City, TX  77573

Russell Jenkins
21382 Spring Clover Lane
Covington, LA  70435

Judy Grimmett
16045 Harp Rd.
Fayetteville, AR  72704

Lenise Veno
7895 Buck Horn Green
Frederick, CO  80530

William Harris
355 Diversatech Dr., Apt. 127
Mantelo, IL  60950-9276

White River Valley Electric Co.
P.O. Box 1518
Branson, MO  65616

SuddenLink
Attn:  David Connolly
EVP & General Counsel
1111 Stewart Ave.
Bethpage, NY  11714

LaTour Hotels & Resorts, Inc.
One Vance Gap Road
Asheville, NC  28805

Collector of Revenue
Stone County
108 E. 4th Street
Galena, MO  65656

U.S. Department of Justice
Office of United States Trustee
400 E. 9th St.
Ste. 3440
Kansas City, MO  64106

Lamar P. Fisher
Fisher Auction Company Inc.
2112 East Atlantic Boulevard
Pompano Beach, Florida 33062


Norman E. Rouse, trustee
Collins, Webster and Rouse, P.C.
5957 E. 20th Street
 Joplin MO 64801